IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERRIS EDGERLY,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, DAVID GOFF, JOHN CONEFREY, FREDERICK SCHIFF, and DOES 1 to 20,

    Defendants.
                               /

No. C 03-02169 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** the parties' request for a continuance of the case management conference to **AUGUST 12, 2010, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: July 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE