IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>DAVID GOFF, JOHN CONEFREY,<br>FREDERICK SCHIFF, AND DOES 1 TO 20,<br><br>          Defendants.<br>                                                                              / | No. C 03-02169 WHA<br><br>**ORDER SETTING DATES FOR<br>FINAL PRETRIAL CONFERENCE<br>AND JURY TRIAL** |

On remand from the United States Court of Appeals for the Ninth Circuit, this case will proceed to a jury trial **AT 7:30 A.M. ON OCTOBER 4, 2010**. A final pretrial conference will be held **AT 2:00 P.M. ON SEPTEMBER 27**. The issues to be tried are the issues as stated by the court of appeals in its decision remanding this case. *See Edgerly v. City and County of San Francisco*, 599 F.3d 946, 963 (9th Cir. 2010).

**IT IS SO ORDERED.**

Dated: August 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE