IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERRIS EDGERLY,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, DAVID GOFF, JOHN CONEFREY, FREDERICK SCHIFF, AND DOES 1 TO 20,

    Defendants.

                                            /

No. C 03-02169 WHA

**ORDER REGARDING SUBMISSIONS FOR FINAL PRETRIAL CONFERENCE**

     For the final pretrial conference, counsel shall prepare a fresh and completely updated joint submission. Do not rely on what was filed several years ago. The proposed jury instructions, for example, must incorporate the Ninth Circuit's *current* view of the law on each claim to be tried as well as a correct view of all other aspects of law that will be tried. Counsel must meet and confer in person (not by letter or over the phone) to try to reach an agreement on the jury instructions as well as all other parts of the joint submission.

    **IT IS SO ORDERED.**

Dated: August 13, 2010.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE