IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DAVID GOFF, JOHN CONEFREY, FREDERICK SCHIFF, AND DOES 1 TO 20,<br><br>  Defendants.<br>                                                                   / | No. C 03-02169 WHA<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST TO CONTINUE TRIAL DATE AND DEADLINES** |

Defendants shall file a response to plaintiff's administrative motion to continue the trial date and associated deadlines no later than **NOON ON WEDNESDAY, SEPTEMBER 8, 2010**.

**IT IS SO ORDERED.**

Dated: September 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE