IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERRIS EDGERLY,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, DAVID GOFF, JOHN CONEFREY, FREDERICK SCHIFF, and DOES 1 to 20,

    Defendants.

No. C 03-02169 WHA

**ORDER VACATING ALL DATES PENDING RE-ASSIGNMENT**

    This case will be re-assigned to Judge Charles R. Breyer by an order to follow soon. In the meantime, all pending dates are **VACATED**, including the trial date. Please stand by for a re-assignment order which will occur approximately October 1, 2010.

    **IT IS SO ORDERED.**

Dated: September 17, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE