IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGERLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 03-02169 CRB<br><br>**ORDER SETTING TRIAL DATE** |

　　　　This case was removed to federal court in May 2003, dckt. no. 1, went to trial before Judge William Alsup in October 2004, dckt. no. 114, and then was affirmed in part, reversed in part, and remanded by the Ninth Circuit in April 2010, dckt. no. 203. Today the case was reassigned, and the Court held a status conference this morning. The Court intends to bring the case to resolution as quickly as possible.

　　　　Accordingly, trial is SET for **November 29, 2010** at 8:30 a.m. A pre-trial conference shall be held on **November 16, 2010** at 2:30 p.m.

　　　　Any application to change these dates must be made by motion, accompanied by supporting declaration, by October 8, 2010. The parties need not comply with the 35 day

//

//

//

notice requirement.

**IT IS SO ORDERED.**

Dated: October 1, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE