IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERRIS EDGERLY,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO ET AL.,

        Defendants.

No. C 03-02169 CRB

**SCHEDULING ORDER**

Previously, this Court set jury selection in this case for Monday, January 24, 2011 at 8:30 AM, and trial for immediately thereafter. In light of scheduling concerns, the Court hereby AMENDS the trial schedule in the following manner. Jury selection will take place on Monday, January 24, 2011 at 8:30 AM, as previously scheduled. However, opening statements and evidence will commence not on that same day, but on Monday, February 7, 2011 at 8:30 AM.

**IT IS SO ORDERED.**

Dated: January 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\2169\scheduling order.wpd