IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL.,<br><br>      Defendants.<br>_____/ | No. C 03-02169 CRB<br><br>**JUDGMENT** |

    Pursuant to Federal Rules of Civil Procedure 49(a) and 58, the Court hereby enters judgment in favor of Defendants on all pending claims.

    **IT IS SO ORDERED.**

Dated: February 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\2169\judgment.wpd