**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL.,<br><br>　　　　　Defendants.　　　　　　　　／ | No. C 03-02169 CRB<br><br>**JUDGMENT** |

　　　Pursuant to Federal Rules of Civil Procedure 49(a) and 58, the Court hereby enters judgment in favor of Defendants on all pending claims.

　　　**IT IS SO ORDERED.**

Dated: February 15, 2011

　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\2169\judgment.wpd