DENNIS J. HERRERA, State Bar #36508
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO, ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERRIS EDGERLY, | USDC No: C03 2169 CRB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL'S ADMINISTRATIVE MOTION TO CONTINUE THE DECEMBER 13, 2013 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, DAVID GOFF AND JOHN CONEFREY | |
| Defendants. | Trial Date: Not Set |

For good cause appearing, the Court hereby ORDERS that the Case Management Conference set for December 13, 2013, be vacated, and that the matter be rescheduled for a Case Management Conference on January 17, 2014 at 8:30a.m.. A case management statement is due one week before the conference.

Dated: November 25, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

ORDER RE ADMIN MOTION FOR ORDER TO CONT' CMC; USDC No.: 03-2169 CRB    1    N:\pdf docs\2169edgerly.doc