1  DENNIS J. HERRERA, State Bar #36508
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   CITY & COUNTY OF SAN FRANCISCO, ET AL
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | ERRIS EDGERLY,                    | USDC No: C03 2169 CRB

13 |              Plaintiff,           | **ORDER GRANTING DEFENDANTS CITY AND COUNTY OF SAN**

14 |         vs.                       | **FRANCISCO, ET AL'S ADMINISTRATIVE MOTION TO**

15 | CITY AND COUNTY OF SAN            | **CONTINUE THE DECEMBER 13, 2013**
   | FRANCISCO, DAVID GOFF AND         | **CASE MANAGEMENT**
16 | JOHN CONEFREY                     | **CONFERENCE**

17 |              Defendants.          | Trial Date:            Not Set

18

19

20        For good cause appearing, the Court hereby ORDERS that the Case Management

21 Conference set for December 13, 2013, be vacated, and that the matter be rescheduled for a Case

22 Management Conference on  January 17, 2014 at 8:30a.m..  A case management statement is due

23 one week before the conference.

24

25 Dated:  November 25, 2013

26                                    _____
                                      HON. CHARLES R. BREYER
27                                    UNITED STATES DISTRICT JUDGE

28

ORDER RE ADMIN MOTION FOR ORDER TO            1                     N:\pdf docs\2169edgerly.doc
CONT' CMC; USDC No.: 03-2169 CRB

IT IS SO ORDERED
Judge Charles R. Breyer