IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 03-02169 CRB<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　The Court hereby SETS a case management conference in this case for Friday, February 21, 2014 at 8:30 AM. Plaintiff Erris Edgerly is directed to appear in person with new counsel. No continuances will be granted.

　　　**IT IS SO ORDERED.**

Dated: February 14, 2014　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\2169\order re CMC.wpd