1
2
**<u>ORDER</u>**

3   For good cause appearing, the Court hereby ORDERS that the Sean F. Connolly, counsel
4 for defendants may appear telephonically for the February 21, 2014 Case Management
5 Conference

6
7
8   Dated:   February 20, 2014



9
10
11
12
...
28

Request to Appear Telephonically
USDC No.: 03-2169 CRB                    3                           N:\pdf docs\edgerly.doc