United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL.,<br><br>    Defendants._____/ | No. C 03-02169 CRB<br><br>**ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court hereby APPOINTS the law firm of Keker & Van Nest LLP and attorneys Jon B. Streeter (Bar No. 101970), John C. Bostic (Bar No. 264367) and Shilpi Agarwal (Bar No. 270749) as counsel for Plaintiff Erris Edgerly.  The Court further SETS a case management in this case for 8:30 AM on Friday, May 9, 2014.

**IT IS SO ORDERED.**

Dated: April 14, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\2169\order appointing counsel.wpd