IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL.,<br><br>     Defendants.   / | No. C 03-02169 CRB<br><br>**ORDER TO SHOW CAUSE** |

It has come to the Court's attention that newly-appointed counsel for Plaintiff Erris Edgerly has been unable to make contact with Plaintiff.  A case management conference is already scheduled in this case for Friday, May 9, 2014 at 8:30AM.  See Order (dkt. 380). Plaintiff is ORDERED TO APPEAR at the conference, and ORDERED TO SHOW CAUSE at or before the conference why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Failure to comply with this Order could result in dismissal of this case.

**IT IS SO ORDERED.**

Dated: April 30, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\2169\osc.wpd