1    As this chronology reflects, Plaintiff has always maintained every intention of pursuing this case. Although KVN had some difficulty getting in touch with him through his former counsel, Plaintiff acted immediately when Counsel was able to directly reach him at his physical address. Plaintiff has now communicated with and formally retained his current counsel, and is prepared to move forward with the merits of this case.

## II. PLAINTIFF REQUESTS THAT THE CASE MANAGEMENT CONFERENCE BE CONTINUED TO JUNE 13, 2014

Plaintiff respectfully requests that the Case Management Conference currently set for May 9, 2014 be continued until June 13, 2014. As the Court knows, this case has a very lengthy procedural history; it has twice gone to trial and then been up on appeal to the Ninth Circuit. Numerous legal and factual issues have been raised over the lifetime of this case, many of which have been resolved and some of which are still pending. As the retention issues have now been sorted out, Plaintiff's Counsel would appreciate some additional time to work through the case's history in order to present the Court with a more thoughtful and thorough proposal as to how this case should move forward.

Plaintiff's Counsel has met and conferred with the City Attorney's Office regarding this request. Agarwal Decl., ¶ 11. Counsel for Defendants has agreed that, given the prior representation issues, a continuance of the CMC is appropriate. Counsel for both sides are available on June 13, 2014. If that day is suitable for the Court, Plaintiff respectfully requests that CMC be continued to that date.

Dated: May 8, 2014

KEKER & VAN NEST LLP

By: /s/ AGARWAL

Attorneys for Plaintiff ERRIS EDGERLY



IT IS SO ORDERED
Judge Charles R. Breyer

2

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 03-02169-CRB

819612.03