**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    ERRIS EDGERLY,                              No. C 03-02169 CRB

12              Plaintiff,                        **ORDER OF REFERENCE**

13       v.

14    CITY AND COUNTY OF SAN FRANCISCO,
      et al.,

15
                Defendant.
16    _____/

17

18           IT IS HEREBY ORDERED that the referral to Magistrate Judge Joseph C. Spero on the

19    Motion to Withdraw as Counsel for Plaintiff Erris Edgerly be withdrawn.

20           Counsel are advised that the hearing on said motion is reset on Judge Breyer's calendar

21    for August 22, 2014 at 10:00 a.m..

22           **IT IS SO ORDERED.**

23

24    Dated: July 9, 2014                         _____
                                                   CHARLES  R. BREYER
25                                                 UNITED STATES DISTRICT JUDGE

26

27

28