UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIS EDGERLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.  03-cv-02169-CRB   (JCS)<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTION TO THE CONFIDENTIAL PRELIMINARY SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 401 |

On July 24, 2014, Plaintiff Erris Edgerly filed an Objection to the Confidential Preliminary Settlement Conference.

IT IS HEREBY ORDERED that the Objection is **OVERRULED**. Plaintiff is ordered to appear, **in person,** at the preliminary settlement conference on **July 24, 2014, at 3:00 PM** in Courtroom G, 15th Floor, 450 Golden Gate Ave., San Francisco.

**IT IS SO ORDERED.**

Dated: July 24, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge